**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rufus HOUSER, a/k/a Pookie,**
**Defendant–Appellant.**

**No. 13–6242.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 18, 2013.

Decided: June 28, 2013.

Rufus Houser, Appellant Pro se. Paul Thomas Camilletti, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rufus Houser appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction in sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States*

*v. Houser,* No. 3:95–cr00012–JPB–3, 2013 WL 310291 (N.D.W.Va. Jan. 25, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*